```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-4-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GUIDEONE SPECIALTY MUTUAL INSURANCE
COMPANY,

                Plaintiff,

        -against-               09 Civ. 1883 (DAB)
                                   ORDER

RIVER CHURCH,
                Defendant.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

    The Court has reviewed Plaintiff's March 31, 2010 letter setting forth its proposed bases for filing a Motion for Summary Judgment, as well as Defendant's responsive letter of April 7, 2010. The Court hereby grants Plaintiff's request to file its Motion for Summary Judgment.

    Plaintiff shall file and serve moving papers within 45 days of the date of this Order. Thereafter, Defendant shall respond within 45 days of being served with Defendant's moving papers. Plaintiff may then reply within 10 days of being served with Defendant's response. At that time, Plaintiff's motion will be fully-submitted. All submissions shall be in full compliance with the Individual Rules and Procedures of this Court. See Individual Rules and Procedures of the Honorable Deborah A. Batts.

    SO ORDERED.

Dated:    New York, New York
            May 4, 2010

                                             Deborah A. Batts
                                        United States District Judge